# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: April 17, 2019　　　　　　　　　　　　　　　　　Judge: Hon. James Donato

Court Reporter: JoAnn Bryce
Time: 19 Minutes
Case No.　　**MJ-19-70053-KAW**
Case Name　**United States of America v. Search Warrant**

Attorney(s) for Government:　　Robert Leach

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Review of Search Warrant Application Denial - Held

## NOTES AND ORDERS

Within 14 days, the government will submit a statement re appropriate remedies if the review is deemed moot.