1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ROBERT S. LEACH (CABN 196191)
   JONAS LERMAN (CABN 274733)
5  Assistant United States Attorneys

6     1301 Clay Street, Suite 340S
      Oakland, California 94612
7     Telephone: (510) 637-3918
      Fax: (510) 637-3724
8     robert.leach@usdoj.gov
      jonas.lerman@usdoj.gov
9
   Attorneys for United States of America
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                       OAKLAND FRANCISCO DIVISION

14 | IN THE MATTER OF THE SEARCH        ) | CASE NO. 4:19-MJ-70053 KAW
   | OF A RESIDENCE IN OAKLAND,         ) |
15 | CALIFORNIA                         ) | **NOTICE OF APPEARANCE**
   |                                    ) |
16 |                                    ) |
   |                                    ) |
17 |                                    ) |
   |                                    ) |
18 |                                    ) |
   |                                    ) |
19

20      Please take notice that the Assistant United States Attorney listed below appears as counsel for

21 the United States:

22           Jonas Lerman
             Assistant United States Attorney
23           450 Golden Gate Avenue, 11th Floor
             San Francisco, CA 94102
24           Telephone: (415) 436-7241
             jonas.lerman@usdoj.gov
25

26      AUSA Robert S. Leach remains lead counsel for the United States.

27 ///

28 ///

NOTICE OF APPEARANCE                          1
4:19-MJ-70053 KAW

| | |
|---|---|
| 1  DATED: June 17, 2019 | Respectfully submitted, |
| 2 | DAVID L. ANDERSON |
| 3 | United States Attorney |
| 4 | |
| 5 | ___/s/_____<br>JONAS LERMAN |
| 6 | Assistant United States Attorney |