UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCH OF A RESIDENCE IN OAKLAND, CALIFORNIA | Case No. 19-mj-70053-KAW-1 (JD)<br><br>**JUDGMENT** |

Pursuant to Dkt. No. 12, the government's motion for review is dismissed as moot.

**IT IS SO ORDERED.**

Dated: January 10, 2020

JAMES DONATO
United States District Judge